IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES DAVID CLEMENT,<br><br>Defendant. | CR 21–12–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. (Doc. 50.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853, 881(a)(7), (11).

2. A Preliminary Order of Forfeiture was entered on July 6, 2021. (Doc. 39.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 49.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853, 881(a)(7), (11).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 50) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853, 881(a)(7), (11), free from the claims of any other party, the following property:

- $12,000.00 U.S. Currency;

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 21st day of September, 2021.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court